1  **RYAN W. STITT**
   California State Bar No. 273651
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Ryan_Stitt@fd.org
5

6  Attorneys for Antonio Candido-Filho

7                 UNITED STATES DISTRICT COURT

8                SOUTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | CASE NO.:  21MJ1337 |
   |---|---|
11 | Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
12 | v. | |
13 | Antonio Candido-Filho, | |
14 | Defendant. | |

15

16      Pursuant to the CM/ECF procedures in the United States District Court for
17 the Southern District of California, Ryan W. Stitt, Federal Defenders of San Diego,
18 Inc., hereby gives notice that he is lead counsel in the above-captioned case.

19                                Respectfully submitted,

20

21  Dated: April 12, 2021        *s/ Ryan W. Stitt*
                                  Federal Defenders of San Diego, Inc.
22                                Attorney for Antonio Candido-Filho
                                  Email: Ryan_Stitt@fd.org
23

24

25

26

27

28

                                    1                              **21MJ1337**
                              NOTICE OF APPEARANCE
                                AS LEAD COUNSEL