**FILED**
Apr 28 2021
4:10 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ emilybl   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '21 CR1299 BAS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| ANTONIO CANDIDO-FILHO, | |
| Defendant. | |

The grand jury charges:

On or about April 8, 2021, within the Southern District of California, defendant ANTONIO CANDIDO-FILHO intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Customs and Border Patrol Agent S. Jaramillo, while Agent Jaramillo was engaged in the performance of official duties; such acts involving physical contact with Agent Jaramillo; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: April 28, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
MEHRDAD BARKBIN
Assistant U.S. Attorney

MBA:nlv:(1)San Diego:4/27/21