# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO CANDIDO-FILHO,<br><br>　　　　　　Defendant. | Case No.: 3:21-CR-1299-BAS<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Indictment (ECF No. 38) is hereby GRANTED. The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 6-16-21

　　　　　　　　　　　　　　　　　　_Cynthia Bashant_
　　　　　　　　　　　　　　　　　　HON. CYNTHIA BASHANT
　　　　　　　　　　　　　　　　　　District Judge